LIEBLER et al., Appellants, v. SHUBERT, Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Theodore A. Liebler and others against Lee Shubert. D. Leventritt, of New York City, for appellants. E. E. McCall, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 153 App. Div. 893, 137 N. Y. Supp. 1127.

LITTLE, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by Joseph J. Little against Lucius T. Martin, as executor, etc. H. W. Bridges, of New York City, for appellant. R. Thorne, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LOCKERT, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Christian Lockert, as administrator, etc., of Hans Edwin Lockert, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Order setting aside verdict and granting a new trial unanimously affirmed, costs to abide the event.

LOCKWOOD, Respondent, v. GOLDENBERG, Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by Charles D. Lockwood against David C. Goldenberg. No opinion. Judgment and order unanimously affirmed, with costs.

LOCUST FARMS CO., Appellant, v. ST. JOHN, Respondent. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Action by the Locust Farms Company against Mary E. St. John. A. Van Wyck, of New York City, for appellant. C. H. Briscoe, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LORD & TAYLOR, Respondents, v. HATCH, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Lord & Taylor against Edward Hatch. G. Zabriskie, of New York City, for appellant. C. A. Jayne, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 158 App. Div. 925, 143 N. Y. Supp. 1128.

LOTITO v. CONNECTICUT CAB CO. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Guiseppe Lotito against the Connecticut Cab Company. No opinion. Application denied, with $10 costs. Order signed. Motion for stay denied, with $10 costs. Order filed.

LUBINGER, Appellant, v. VOGEL et al., Respondents. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Philip Lubinger against Harry Vogel and others. D. L. Podell, of New York City, for appellant. L. Burgess, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 145 N. Y. Supp. 1131.

In re LUCIANO. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Appeal from Westchester County Court. In the matter of the examination of Stafano Luciano, judgment debtor, in proceedings supplementary to execution. From an order of the County Court of Westchester County, Cornell Bros., judgment creditors, appeal. Reversed. Holmes Jones, of Tuckahoe, for appellants. Clark, Close & Davis, of White Plains, for respondent.

PER CURIAM. We are of opinion that the affidavit upon which the order in supplementary proceedings was based was sufficient. See Jaques v. Willett (City Ct.) 104 N. Y. Supp. 500, and Sherl v. Kurzman, 60 Misc. Rep. 332, 113 N. Y. Supp 288. The order appealed from is reversed, with $10 costs and disbursements, and the matter is remitted to the County Court of Westchester County for further proceeding.

LUDLAM v. BLOODGOOD et al. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Mary Ludlam against Clara Bloodgood and others. No opinion. Interlocutory judgment affirmed, with costs.

LUDLAM v. LUDLAM et al. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Mary Ludlam against Henry A. Ludlam and others. No opinion. Interlocutory judgment affirmed, with costs.

LYMAN, Respondent, v. DELAWARE & HUDSON CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Margaret L. Lyman, as administratrix, etc., of Arden N. Lyman deceased, against the Delaware & Hudson Company. No opinion. Order affirmed, with costs.

LYNCH, Appellant, v. KRAJEWSKI-PESANT CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) Action by Thomas Lynch against the Krajewski-Pesant Company. No opinion. Judgment unanimously affirmed, with costs.

McAVOY, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Thomas F. McAvoy against the Press Publishing Company. C. B. Brophy, of New York City, for appellant. H. R. Limburg, of